Jerry L. BURNS, Plaintiff–Appellant,

v.

Arthur R. SOLKEY, Defendant–
Respondent.

No. 72206.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 3, 1998.

James S. Collins, II, St. Louis, for plaintiff-appellant.

Thomas J. Magee, Robyn G. Fox, St. Louis, for defendant-respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Plaintiff, Jerry L. Burns, appeals from judgment entered on a jury verdict in which he was awarded damages amounting to $15,-000. Burns contends the court erred in denying the admission of evidence that Burns did not cheat on his defense medical exam, and in admitting evidence of his collateral source and parsonage benefits.

